LDA

PROB.22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| DOCKET NUMBER (Tran. Court) S1 03 Cr 3690(2)(LTS) | | | |
| DOCKET NUMBER (Rec. Court) 1:07-CR-102 S | | | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Peter Harris<br>Providence, Rhode Island | DISTRICT<br>S/D NEW YORK | DIVISION<br>U.S. PROBATION | |
| | NAME OF SENTENCING JUDGE<br>Laura Taylor Swain | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM:<br>July 11, 2005 | TO:<br>July 10, 2009 |

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute Crystal Methamphetamine, in violation of Title 21, USC 846 , Distribution and Possession with Intent to Distribute Crystal Methamphetamine in violation of Title 21, USC, 812, 841(a)(1) and 841(b)(1)(A)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **S/D NEW YORK**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF RHODE ISLAND** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

6/11/2007
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 13, 2007
*Date*

Mary M. Lisi
*Chief United States District Judge*