U.S. DISTRICT COURT
FILED
AUG 21 2003
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA :

- v. - : S1 03 Cr. 369 (LTS)

PETER K. HARRIS, :

Defendant. :

- - - - - - - - - - - - - - - - - - - - - - -x

DOC # 17

PETER K. HARRIS, the above-named defendant, who is accused of violating Title 21, United States Code, Section 846, and Title 21, United States Code, Sections 812, 841(a)(1), & 841(b)(1)(A), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

MICROFILM
AUG 22 2003 -3 00 PM

Defendant

Witness

Counsel for Defendant

Date: New York, New York
August 21, 2003

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY DEPUTY CLERK 8/2/07