UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA : **SUPERSEDING INFORMATION**

- v. - : S1 03 Cr. 369 (LTS)

PETER K. HARRIS, :

Defendant. :

- - - - - - - - - - - - - - - - - - - -x

U.S. DISTRICT COURT FILED AUG 21 2003 S.D. OF N.Y.

DOC #18

**COUNT ONE**

The United States Attorney charges:

1. In or about December 2002 through in or about February 2003, in the Southern District of New York and elsewhere, PETER K. HARRIS, the defendant, and others known and unknown, unlawfully, intentionally and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that PETER K. HARRIS, the defendant, and others known and unknown, unlawfully, intentionally and knowingly, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, 50 grams and more of methamphetamine, in a form commonly known as crystal methamphetamine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

MICROFILM AUG 22 2003 -3 00 PM

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY [signature] 8/2/07
DEPUTY CLERK

OVERT ACTS

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York:

a. On or about December 3, 2002, PETER K. HARRIS, the defendant, sold approximately 3 grams of crystal methamphetamine to a confidential informant ("CI-1") at a ground floor apartment on East 29th Street, in Manhattan, in exchange for a payment of approximately $700 to HARRIS.

b. On or about December 17, 2002, in the Southern District of New York, PETER K. HARRIS, the defendant, sold approximately 14 grams of methamphetamine to CI-1 at a ground floor apartment on East 29th Street, in Manhattan.

c. On or about February 20, 2003, in the Southern District of New York, PETER K. HARRIS, the defendant, sold approximately 3.5 grams of methamphetamine to CI-1 at a ground floor apartment on East 29th Street, in Manhattan.

d. On or about February 27, 2003, in the Southern District of New York, PETER K. HARRIS, the defendant, possessed approximately 110 grams of methamphetamine (actual) in a ground floor apartment on East 29th Street, in Manhattan.

(Title 21, United States Code, Section 846.)

**COUNT TWO**

The United States Attorney further charges:

4. From in or about 1998 through up to and including in or about February 2003, in the Southern District of New York and elsewhere, PETER K. HARRIS, the defendant, unlawfully, intentionally and knowingly did distribute, and possess with intent to distribute, a controlled substance, to wit, at least 1.5 kilograms of methamphetamine (actual), in a form commonly known as crystal methamphetamine.

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A).)

**FORFEITURE ALLEGATION**

5. As a result of committing the foregoing offenses as alleged in Counts One and Two of this Information, PETER K. HARRIS, the defendant, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Information, including, but not limited to, the following:

a. A sum of money equal to $167,000 in United States currency, representing the amount of proceeds obtained as a result of the offense, conspiracy to distribute controlled

substances, for which the defendant is jointly and severally liable;

b. Approximately $5,000 in United States currency, which the Government seized from a safe located at HARRIS's apartment at 207-211 East 29th Street, New York, New York, on or about February 27, 2003, in that such sum constitutes or is derived, directly or indirectly, from proceeds traceable to the crimes charged in Counts One and Two of this Information; and

c. Approximately $8,000 in United States currency, which the Government seized from Safety Deposit Box No. 911 located at Citibank, One Park Avenue, New York, New York, on or about February 28, 2003, in that such sum constitutes or is derived, directly or indirectly, from proceeds traceable to the crimes charged in Counts One and Two of this Information.

Substitute Assets Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

JAMES B. COMEY
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**PETER K. HARRIS,**

**Defendant.**

**SUPERSEDING INFORMATION**

S1 03 Cr. 369 (LTS)

(Title 21, United States Code, Section 846; Title 21, United States Code, Sections 812, 841(a)(1) & 841(b)(1)(A).)

JAMES B. COMEY
United States Attorney