CLOSED, PRIOR

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-00369-LTS-2
## Internal Use Only

Case title: USA v. Harris, et al
Magistrate judge case number: 1:03-mj-00436

Date Filed: 03/25/2003
Date Terminated: 07/12/2005

---

Assigned to: Judge Laura Taylor Swain

**Defendant**

**Peter K. Harris** (2)
*TERMINATED: 07/12/2005*

represented by **Thomas Francis Dunn**
Thomas F.X. Dunn
7 Dey Street, Suite 1101
New York, NY 10007
(212)941-9940
Fax: (212)941-9947
Email: ThomasDunnLaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY ______ 8/2/07
DEPUTY CLERK

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1s) | Imprisonment: Time served. Supervised Release: 4 years. |
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE - (Title 21 USC Sections 812, 841(a)(1), 841(b)(1)(A).) (2s) | Imprisonment: Time served. Supervised Release: 4 years. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS (1) | Count dismissed on the motion of the United States. |
| 21:841B=ND.F NARCOTICS - SELL, | |

| | |
|---|---|
| DISTRIBUTE, OR DISPENSE (2) | Count dismissed on the motion of the United States. |
| 21:841B=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE (3) | Count dismissed on the motion of the United States. |
| 21:841B=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE (4) | Count dismissed on the motion of the United States. |
| 21:841B=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE (5) | Count dismissed on the motion of the United States. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **Steven David Feldman**
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007
2126372200
Fax: 212-637-2390
Email: Steven.Feldman@usdoj.gov
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2003 | 1 | COMPLAINT in violation of 21 USC 846 - Conspiracy to distribute and possess with intent to distribute narcotics. as to Peter K. Harris ( signed by Magistrate Judge Henry B. Pitman ) [ 1:03-m -436 ] (kw) (Entered: 02/28/2003) |
| 02/26/2003 | | (Court only) **Added Government Attorney Steven Feldman [ 1:03-m -436 ] (kw) (Entered: 02/28/2003) |
| 02/26/2003 | 2 | ARREST WARRANT issued as to Peter K. Harris [ 1:03-m -436 ] (kw) (Entered: 02/28/2003) |
| 02/27/2003 | | ARREST of Peter K. Harris [ 1:03-m -436 ] (kw) (Entered: 02/28/2003) |
| 02/27/2003 | 3 | CJA 23 Financial Affidavit as to Peter K. Harris NOT APPROVED : ( Signed by Magistrate Judge Henry B. Pitman ) [ 1:03-m -436 ] (kw) |

| | | |
|---|---|---|
| | | (Entered: 02/28/2003) |
| 02/27/2003 | | First Appearance as to Peter K. Harris held with defendant, CJA Thomas Dunn and AUSA Steven Feldman for the government. Detention hearing set to the following date. Preliminary Examination set for 3/13/03 for Peter K. Harris ; Detention Hearing set for 3:00 2/28/03 for Peter K. Harris ; before Magistrate Judge Henry B. Pitman . [ 1:03-m -436 ] (kw) (Entered: 02/28/2003) |
| 02/27/2003 | 4 | ORDER as to Peter K. Harris, for Medical Treatment ( Signed by Magistrate Judge Henry B. Pitman ); [ 1:03-m -436 ] (kw) (Entered: 02/28/2003) |
| 02/28/2003 | | Detention hearing as to Peter K. Harris held before Magistrate Judge Henry B. Pitman. Deft appears with CJA atty Thomas F.X. Dunn (appointed for all purposes). AUSA Steven Feldman present for the gov't. $100,000 PRB. 2 FRP's. Property of $60,000. Travel restricted to SDNY, EDNY. Surrender travel documents (& no new applications). Strict pretrial supervision with drug testing/treatment. Deft to be released upon following conditions: When 1 cosigner executes bond and PSA has secured placement in a facility. Deft to go directly from MCC to treatment facility. Remaining conditions to be met by 3/7/03. Deft reside in a residential substance program to be selected by PSA until such time as PSA determines such residence is not necessary. [ 1:03-m -436 ] (gq) (Entered: 03/04/2003) |
| 03/04/2003 | 5 | PRB APPEARANCE BOND filed by Peter K. Harris in the Amount of $100,000. Cosigned by 2 financially responsible person's. Secured by $60,000 in property. Travel restricted to SDNY, EDNY. Surrender travel documents (& no new applications). Strict pretrial supervision with drug testing/treatment. Deft to be released when one cosigner executes bond and PSA has secured placement in a facility - deft to go directly from MCC to treatment facility. Deft reside in a residential substance program to be selected by PSA until such time as PSA determines such residence is not necessary. Remaining conditions to be met by 3/7/03. [ 1:03-m -436 ] (gq) (Entered: 03/04/2003) |
| 03/04/2003 | 6 | Order of advice of penalties and sanctions as to Peter K. Harris. [ 1:03-m -436 ] (gq) (Entered: 03/04/2003) |
| 03/25/2003 | 7 | INDICTMENT as to Kurt Guiterrez (1) count(s) 1, 2, 3, 4, Peter K. Harris (2) count(s) 1, 2, 3, 4, 5. [ microfilm 3/26/03 12pm ]; (Preliminary Examination cancelled.) (jm) Modified on 03/26/2003 (Entered: 03/25/2003) |
| 03/25/2003 | | (Court only) **Added Government Attorney Steven D. Feldman (jm) (Entered: 03/25/2003) |
| 03/28/2003 | | ORAL ORDER as to Kurt Guiterrez, Peter K. Harris . SET scheduling order deadlines: Govt to provide Discovery by 4/11/03; Pretrial Conference set for 12:30 p.m. 5/16/03 for Kurt Guiterrez; Motion Filing deadline set to 5/23/03 for Kurt Guiterrez ; and to Continue in Interests of Justice time is excluded from 3/28/03 to 5/23/03 as to deft Kurt |

| | | |
|---|---|---|
| | | Guiterrez ; and SET Arraignment before Magistrate Judge for 4/4/03 for Peter K. Harris. ( Entered by Judge Laura T. Swain ) (bw) (Entered: 03/31/2003) |
| 04/04/2003 | | Arraignment as to Peter K. Harris held: Peter K. Harris (2) count(s) 1, 2, 4, 3, 5, before Magistrate Judge Douglas F. Eaton. Arraignment - Referred by Judge Swain. Deft Harris present w/atty Thomas F.X. Dunn; and for the Govt, AUSA Steven Feldman, AUSA; Deft Harris arraigned and pleads not guilty to the Indictment 03-Cr-369(LTS) as charged. (bw) (Entered: 04/11/2003) |
| 04/04/2003 | | PLEA entered by Peter K. Harris. Court accepts plea. Not Guilty: Peter K. Harris (2) count(s) 1, 2, 4, 3, 5. (bw) (Entered: 04/11/2003) |
| 04/18/2003 | 10 | Filed Memo-Endorsement on letter: addressed to Judge Swain from AUSA Steven D. Feldman, dated 4/15/03, filed by USA as to deft Peter K. Harris. The Govt requests a conference to discuss the outstanding bail matters; JUDGE ENDORSED - The requested conference will be held on April 22, 2003 at 11 a.m. ; It is ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers. ( Signed on 4/15/03 by Judge Laura T. Swain ). [ microfilm 4/18/03 3pm ]; Copies Faxed By Chambers. (bw) (Entered: 04/22/2003) |
| 04/23/2003 | 11 | AFFIRMATION of AUSA Steven D. Feldman, filed by USA as to deft Peter K. Harris Re: Memo Endorsed, doc.#10. (bw) Modified on 04/24/2003 (Entered: 04/24/2003) |
| 05/02/2003 | 12 | Filed Memo-Endorsement on letter: addressed to Judge Swain from Attorney Thomas F.X. Dunn, dated 5/1/03, filed by deft Peter K. Harris. Mr. Dunn writes to propose changes to deft Harris' present bail conditions and bail package; JUDGE ENDORSED - The requested modifications are approved. ; It is ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers. ( Signed on 5/1/03 by Judge Laura T. Swain ). [ microfilm 5/2/03 3pm ]; Copies Faxed By Chambers. (bw) Modified on 05/02/2003 (Entered: 05/02/2003) |
| 05/16/2003 | | PRETRIAL CONFERENCE as to Kurt Guiterrez, Peter K. Harris held before Judge Laura T. Swain. Deft (1) Kurt Guiterrez with counsel, Robert Soloway; Deft (2) Peter Harris present with counsel, Thomas Dunn; For Govt, AUSA Steven D. Feldman and Court Reporter Carol Ganley present. PTC adjourned to 5/23/03 at 9:30 a.m. as to bail issues for Deft (2) Peter Harris. PTC as to both defts adjourned to 6/11/03 at 11:00 a.m. Speedy Trial Time excluded from 5/16/03 through 6/11/03. (bw) (Entered: 05/23/2003) |
| 05/16/2003 | | ORAL ORDER as to Kurt Guiterrez, Peter K. Harris . SET Bail Hearing |

| | | |
|---|---|---|
| | | for 9:30 5/23/03 for Peter K. Harris , and SET pretrial conference for 11:00 6/11/03 for Kurt Guiterrez, for Peter K. Harris. ( Entered by Judge Laura T. Swain ) (bw) (Entered: 05/23/2003) |
| 05/16/2003 | | (Court only) **Excludable XH starts on 5/16/03 and stops on 5/16/03 as to Kurt Guiterrez, Peter K. Harris. (bw) (Entered: 05/23/2003) |
| 05/16/2003 | | Bail hearing (on Disposition Sheet) as to Peter K. Harris held before Judge Laura T. Swain. For the government: Steven Feldman. For the defendant Thomas Dunn. Bail disposition: Conditions modified to provide that defendant shall receive mental health counseling or treatment as directed by Pretrial services. On consent. (ph) (Entered: 06/05/2003) |
| 05/27/2003 | | PRETRIAL CONFERENCE as to Peter K. Harris held before Judge Laura T. Swain . Time is excluded from 5/16/03 to 6/11/03. Deft Peter Harris present with counsel, Thomas Dunn; For Gov't AUSA Steven D. Feldman and Court Reporter Don White present. Bail conditions modified to add an additional bond for $150,000 to be signed by defendant and 1 other financially responsible person to be satisfied by 6/2/03. PTC adjourned to 6/11/03 at 11:00am. Speedy Trial time excluded from 5/16/03 through 6/11/03. (jw) (Entered: 05/30/2003) |
| 05/27/2003 | | (Court only) **Excludable XH start and stop on 5/27/03 as to Peter K. Harris (jw) (Entered: 05/30/2003) |
| 05/27/2003 | | PRETRIAL CONFERENCE as to Peter K. Harris set at 11:00 6/11/03 for Peter K. Harris (jw) (Entered: 05/30/2003) |
| 06/10/2003 | 13 | Filed Memo-Endorsement on letter: addressed to Judge Swain from AUSA Steven D. Feldman, dated 6/9/03, filed by USA as to defts Kurt Guiterrez, Peter K. Harris. The parties request that the Court adjourn the conference scheduled for 6/11/03, for six weeks until 7/24/03 at 4:00 p.m. The Govt requests that the time from the date of the signing of this letter through 7/24/03, the date of the next scheduled conference, be excluded under the Speedy Trial Act; JUDGE "SO ORDERED". ( Signed on 6/9/03 by Judge Laura T. Swain ). [ microfilm 6/10/03 3pm ]; Copies Faxed By Chambers. (bw) (Entered: 06/11/2003) |
| 06/10/2003 | 14 | CERTIFICATE OF SERVICE by USA as to Kurt Guiterrez, Peter K. Harris. Service Re: [13-1] order The parties request that the Court adjourn the conference scheduled for 6/11/03, for six weeks until 7/24/03 at 4:00 p.m. The Govt requests that the time from the date of the signing of this letter through 7/24/03, the date of the next scheduled conference, be excluded under the Speedy Trial Act; JUDGE "SO ORDERED"., [13-2] relief, [13-3] relief (bw) (Entered: 06/11/2003) |
| 07/25/2003 | 15 | Filed Memo-Endorsement on letter: by Peter K. Harris, from Attorney Thomas F.X. Dunn, Dated 7/23/03, addressed to: Judge Swain Re: requesting an adjournment of the conference originally set for 7/24/03, reset pretrial conference for 11:00 8/21/03 for Peter K. Harris , and to Continue in Interests of Justice time is excluded from 7/23/03 to 8/21/03 ...Judge memo-endorsed: The requested adjournment and |

| | | |
|---|---|---|
| | | exclusion are granted. The conference is adjourned to 8/21/03 at 11:00 a.m. The court finds that the ends of justice served by the granting of an exclusion from speedy trial computations for the period from today's date through 8/21/03 outweigh the best interests of the public and the defendant in a speedy trial because of the need for reasonable time for effective trial preparation and ongoing discussions. The Court, accordingly excludes such time period prospectively. SO ORDERED. ( Signed by Judge Laura T. Swain ); [Microfilmed on 7/25/03 at 12:00 p.m.] Copies mailed to attorney/defendant on 7/24/03 by Chambers. (ph) (Entered: 07/28/2003) |
| 07/25/2003 | | (Court only) **Terminated party Kurt Guiterrez (1). (bw) (Entered: 07/29/2003) |
| 08/21/2003 | 17 | WAIVER OF INDICTMENT by Peter K. Harris. (bw) (Entered: 08/22/2003) |
| 08/21/2003 | 18 | (S1) SUPERSEDING INFORMATION as to Peter K. Harris (2) count(s) 1s, 2s . [ microfilm 8/22/03 3pm ] (bw) (Entered: 08/22/2003) |
| 08/21/2003 | | Arraignment as to Peter K. Harris held: Peter K. Harris (2) count(s) 1s, 2s, before Judge Laura T. Swain. Deft (2) Peter Harris present w/counsel, Thomas Dunn; For Govt, AUSA Steven D. Feldman and Court Reporter Jerry Harrison present. Deft withdrew not guilty plea to indictment. Deft waived indictment, waived reading of superseding information; admitted forfeiture allegations and pleaded guilty as charged. PSI not ordered. Sentencing scheduled for 2/20/04 at 3:00 p.m. Bail continued. (bw) (Entered: 08/22/2003) |
| 08/21/2003 | | PLEA entered by Peter K. Harris. Court accepts plea. Guilty: Peter K. Harris (2) count(s) 1s, 2s . (bw) (Entered: 08/22/2003) |
| 08/21/2003 | | Sentencing set for 3:00 p.m. 2/20/04 for Peter K. Harris: Peter K. Harris (2) count(s) 1s, 2s. (bw) (Entered: 08/22/2003) |
| 09/05/2003 | 19 | Filed Memo-Endorsement on letter: addressed to Judge Swain from Attorney Thomas F.X. Dunn, dated 9/3/03, filed by deft Peter K. Harris. Mr. Dunn requests that deft Harris be permitted to travel to Atlanta, Georgia from 9/9/03 through 9/11/03; JUDGE ENDORSED - The request is granted. ( Signed on 9/4/03 by Judge Laura T. Swain ). [ microfilm 9/5/03 12pm ]; Copies Faxed By Chambers. (bw) (Entered: 09/08/2003) |
| 09/23/2003 | 20 | SEALED DOCUMENT as to Peter K. Harris (js) (Entered: 09/23/2003) |
| 12/11/2003 | 21 | MEMO ENDORSEMENT on 'Petition for Action on Conditions of Pretrial Release,' addressed to Judge Swain from Carlos Ramirez, U.S. Pretrial Services Officer, dated 12/9/03, filed as to deft Peter K. Harris. U.S. Pretrial Services requests that the deft's bail be modified reducing his supervision to routine Pretrial Services supervision; ORDER OF COURT: Considered and ordered this 10th day of December, 2003 and ordered filed and made a part of the records in the above case. (Signed by Judge Laura Taylor Swain on 12/10/03). [ microfilm 12/11/03 3pm ]; The |

| | | |
|---|---|---|
| | | Clerk's Office Has Sent Copy To Pretrial Services by Inter-office mail. (bw, ) (Entered: 12/17/2003) |
| 02/20/2004 | 22 | ENDORSED LETTER as to Peter K. Harris addressed to Judge Swain from Steven D. Feldman, AUSA, dated 2/18/04 re: a request for a sentencing adjournment of defendant Peter K. Harris set for 2/20/04. SO ORDERED. Sentencing set for 6/18/2004 10:00 AM before Judge Laura Taylor Swain. (Signed by Judge Laura Taylor Swain on 2/18/04)(ja, ) (Entered: 02/23/2004) |
| 02/20/2004 | 23 | ATTORNEY'S AFFIRMATION of Peter K. Harris by USA as to Peter K. Harris. Steven D. Feldman, affirm under penalty of perjury as follows: I am an AUSA in the Southern District of NY. On February 18, 2004, I caused a copy of the attached Memo Endorsed Letter to be served on counsel for the defendant by fax at the location: Thomas F.X. Dunn, Esq. (jw, ) Modified on 2/24/2004 (jw, ). (Entered: 02/24/2004) |
| 06/16/2004 | 24 | ENDORSED LETTER as to Peter K. Harris addressed to Judge Swain from Steven D. Feldman dated June 15, 2004 re: Reschedule Sentencing., as to Peter K. Harris; Sentencing set for 10/22/2004 11:30 AM before Judge Laura Taylor Swain. Judge Memo-endorsed....Sentencing is adjourned to October 22, 2004 at 11:30am. SO ORDERED. (Signed by Judge Laura Taylor Swain on 6/15/04)(jw, ) (Entered: 06/18/2004) |
| 06/16/2004 | 25 | Attorney's Affirmation of Service of [24] Endorsed Letter, filed by USA as to Peter K. Harris. Document was served on Counsel for the defendant on 6/16/04. Service was made by Fax. (bw, ) (Entered: 06/18/2004) |
| 09/14/2004 | 26 | ORDER as to Peter K. Harris. It is hereby ORDERED that bail for defendant Peter Harris is revoked as of September 21, 2004, and he shall be placed in the custody of the US Marshal's Service for the Southern District of NY. Harris shall surrender to the US Marshals Service, 500 Pearl Street, 4th Floor, on September 21, 2004 by 12 noon. SO ORDERED. (Signed by Judge Laura Taylor Swain on 9/14/04)(jw, ) (Entered: 09/22/2004) |
| 09/28/2004 | 27 | ENDORSED LETTER as to Peter K. Harris addressed to Judge Swain from Steven D. Feldman dated 9/27/04 re: Reschedule Sentencing., as to Peter K. Harris; Sentencing set for 2/14/2005 02:00 PM before Judge Laura Taylor Swain. Judge Memo-endorsed...The sentencing is adjourned to February 14, 2005 at 2:00pm. SO ORDERED (Signed by Judge Laura Taylor Swain on 9/27/04)(jw, ) (Entered: 09/30/2004) |
| 09/28/2004 | 28 | Affirmation of Service filed by AUSA Steven D. Feldman of [27] Endorsed Letter, by USA as to Peter K. Harris. Document was served on Thomas F.X. Dunn, Esq. on 9/27/04. Service was made by Fax. (bw, ) (Entered: 09/30/2004) |
| 01/13/2005 | 29 | (Court only) SEALED DOCUMENT as to Peter K. Harris placed in vault. (kre, ) (Entered: 01/13/2005) |
| 05/10/2005 | 30 | ENDORSED LETTER as to Peter K. Harris addressed to Judge Swain from AUSA Steven D. Feldman dated 5/5/05 re: submitted to request that |

| | | |
|---|---|---|
| | | deft Harris' sentencing be adjourned from 5/10/05 until 6/1/05 at 12:30 p.m. JUDGE ENDORSED - The request is granted. (Signed by Judge Laura Taylor Swain on 5/9/05); Copies Faxed By Chambers.(bw, ) (Entered: 05/11/2005) |
| 05/24/2005 | 31 | ENDORSED LETTER as to Peter K. Harris addressed to Judge Swain from AUSA Steven D. Feldman dated 5/23/05 re: submitted to request that deft Harris' sentencing be adjourned from 6/1/05 until 6/29/05 at 4:30 p.m. JUDGE ENDORSED - The adjournment request is granted. (Signed by Judge Laura Taylor Swain on 5/23/05); Copies Faxed By Chambers.(bw, ) (Entered: 05/25/2005) |
| 05/27/2005 | 32 | AFFIRMATION of service of Steven D. Feldman by Peter K. Harris of memo endorsed letter dated 5/23/05. (kw, ) (Entered: 05/31/2005) |
| 06/27/2005 | 33 | ORDER as to Peter K. Harris. As to Peter K. Harris Sentencing reset for 7/11/2005 at 02:00 PM before Judge Laura Taylor Swain. Any submissions related to sentencing must be served on opposing counsel and received by the undersigned no later than 7/1/05. (Signed by Judge Laura Taylor Swain on 6/23/05) Copies Faxed By Chambers.(kw, ) (Entered: 06/28/2005) |
| 07/11/2005 | | Minute Entry for proceedings held before Judge Laura Taylor Swain :Sentencing held on 7/11/2005 for Peter K. Harris (2) Counts 1s and 2s. (ja, ) (Entered: 07/13/2005) |
| 07/12/2005 | 34 | (Court only) SEALED DOCUMENT as to Peter K. Harris placed in vault. (kj, ) (Entered: 07/12/2005) |
| 07/12/2005 | | DISMISSAL OF COUNTS on Government Motion as to Peter K. Harris (2) Counts 1, 2, 3, 4, and 5.(ja, ) (Entered: 07/14/2005) |
| 07/12/2005 | 35 | FILED JUDGMENT IN A CRIMINAL CASE as to Peter K. Harris (2), Count(s) 1, 2, 3, 4, 5, are dismissed on the motion of the United States. The defendant Peter K. Harris pleaded guilty to Count(s) 1s and 2s, Imprisonment: Time served. Supervised Release: 4 years. SA: $200.00. (Signed by Judge Laura Taylor Swain on 7/12/05)(ja, ) (Entered: 07/14/2005) |
| 07/12/2005 | | (Court only) ***Terminated defendant Peter K. Harris.(ja, ) (Entered: 07/14/2005) |
| 07/12/2005 | | (Court only) ***Case Terminated as to Peter K. Harris, Kurt Guiterrez. (ja, ) (Entered: 07/14/2005) |
| 07/12/2005 | 36 | ORDER OF FORFEITRUE as to Peter K. Harris. (Signed by Judge Laura Taylor Swain on 7/11/05) The Clerk's Office Has Mailed Copies. (ja, ) (Entered: 07/15/2005) |
| 07/12/2005 | | Judgment entered in money judgment book as #05,1352 as to Peter K. Harris in the amount of $ 200.00, re: [35] Judgment. (dt, ) (Entered: 07/18/2005) |
| 02/15/2006 | | Payment of Fine from Peter K. Harris in the amount of $200.00. Date |

| | | |
|---|---|---|
| | | Received: 2/15/06. (mn, ) (Entered: 02/15/2006) |
| 08/02/2007 | 37 | Supervised Release Jurisdiction Transferred Out to the U.S.D.C. - District of Rhode Island as to (S1-03-Cr-369-02) Peter K. Harris. Their case no.: 1:07-cr-102S. (bw) (Entered: 08/02/2007) |
| 08/02/2007 | | TRANSFER OUT SUPERVISED RELEASE DOCUMENTS SENT as to Peter K. Harris to the U.S.D.C. - District of Rhode Island (Providence). Certified copies of the following documents were mailed: 1) Transfer of Jurisdiction Form [doc.#37], 2) Judgment [doc.#35], 3) (S1) Information & Waiver of Indictment [docs.#18,17], 3) Docket sheet, and letter of acknowledgment. Mailed via Federal Express AIRBILL # 8582-4870-1882 on 8/2/07. (bw) (Entered: 08/02/2007) |